# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

June 19, 2025

**Via ECF**

Hon. Sarah L. Cave, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, 10007 NY

<u>Re: Gomes v. Brooklyn Brands Inc. et al</u>
Case No: 25-CV-04030 (JHR)(SLC)
**Motion for Extension of Time**

Dear Magistrate-Judge Cave:

My firm represents plaintiff Chitra Gomes ("Plaintiff") in the above-referenced action, and I respectfully write to seek a 30-day extension of the June 23, 2025 deadline for Plaintiff to respond to the motion filed by Defendants Brooklyn Brands Inc. and Taguchi & Co., Ltd. ("Moving Defendants"), to July 23, 2025. Moving Defendants consent to this request. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:  Defense Counsel via ECF

---

Plaintiff's request at ECF No. 20 is **GRANTED.** The deadline for Plaintiff to respond to Defendants' motion (ECF No. 11) is **EXTENDED** up to and including **July 23, 2025.**

The Clerk of Court is respectfully directed to close ECF No. 20.

SO ORDERED.   June 20, 2025

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

1