# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

July 22, 2025

**Via ECF**

Hon. Sarah L. Cave, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, 10007 NY

<u>Re: Gomes v. Brooklyn Brands Inc. et al</u>
    Case No: 25-CV-04030 (JHR)(SLC)
    **Clarification of Court's Order**

> By **September 1, 2025**, the parties shall file a joint letter updating the Court on the status of mediation. In light of the parties' ongoing efforts to resolve this matter, *see* ECF No. 24, Defendants Brooklyn Brands Inc. and Taguchi & Co., Ltd.'s motion to compel arbitration and motion to dismiss the Complaint are hereby denied without prejudice to refiling following the conclusion of mediation if a settlement is not consummated.
>
> The Clerk of Court is directed to terminate ECF Nos. 11, 24.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: July 23, 2025

Dear Magistrate-Judge Cave:

      My firm represents plaintiff Chitra Gomes ("Plaintiff") in the above-referenced action, and I respectfully write to bring to the Court's attention that a direct ruling on the request for a stay of the July 23, 2025 deadline for Plaintiff to file her opposition to the motion filed by Defendants Brooklyn Brands Inc. and Taguchi & Co., Ltd. ("Moving Defendants"), was not issued – the Court did grant the request for a referral to the Court's mediation program. Unless the Court directs otherwise, we will assume that Plaintiff's deadline for her opposition is stayed pending the completion of mediation.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:     **Defense Counsel via ECF**

1