UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHITRA GOMES,

                Plaintiff,

  -v-

BROOKLYN BRANDS INC., et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 4030 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at ECF No. 28, Defendant Brooklyn Brands LLC's ("BB LLC") deadline to respond to the Complaint was August 6, 2025. (ECF No. 28). To date, BB LLC has not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** BB LLC's deadline to answer, move, or otherwise respond to the Complaint (or alternatively, to file a letter indicating BB LLC is joining in Defendants Brooklyn Brands Inc. and Taguchi & Co., Ltd.'s Motion to Compel Arbitration and Motion to Dismiss (the "Motion") at ECF No. 11) up to and including **September 2, 2025**.

BB LLC is warned that failure to answer, move, or otherwise respond to the Complaint (or file a letter indicating that it is joining in the Motion) by **September 2, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:    New York, New York
           August 19, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**