**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Chitra Gomes,<br><br>                                    Plaintiff,<br><br>        -v-<br><br>Brooklyn Brands Inc.,<br>Brooklyn Brands LLC, and<br>Taguchi & Co., Ltd.,<br><br>                                    Defendants. | **Civ. Action #: 25-CV-04030<br>(JHR)(SLC)**<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 20, 2025; and Defendants Brooklyn Brands Inc., Brooklyn Brands LLC, and Taguchi & Co., Ltd., having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Chitra Gomes in the amount of $49,500.00;

ORDERED and ADJUDGED that judgment is entered in favor of Chitra Gomes and against Defendants Brooklyn Brands Inc., Brooklyn Brands LLC, and Taguchi & Co., Ltd., in the amount of $49,500.00.

**Dated: November  25 , 2025**
       **New York, New York**

The Clerk of Court is directed to close the case.

_Jennifer H. Rearden_
**Hon. Jennifer H. Rearden**
**United States District Judge**